IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DISTRICT

NATHAN WHIDDON                                                              PLAINTIFF

VS.                                                     CAUSE NO.: 1:18CV133LG-RHW

PICAYUNE TIRE & SERVICE, LLC;
VERNON CULPEPPER; and JOHN DOES #1-10                    DEFENDANTS

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(ii) of the Federal Rules of Civil Procedure, Plantiff, NATHAN WHIDDON, hereby dismisses with prejudice all claims against the DEFENDANTS, PICAYUNE TIRE & SERVICE, LLC, VERNON CULPEPPER and JOHN DOES #1-10.

THIS, the 21 day of May, A.D., 2018.

_____            _____
MICHAEL ADELMAN, ESQ.                ROBIN L. ROBERTS, ESQ.
ADELMAN & STEEN, LLP                 ROBERTS & ASSOCIATES
POST OFFICE BOX 368                  307 W. PINE STREET
HATTIESBURG, MS  39403-0368          HATTIESBURG, MS 39401
PH:  601/544-8291; FAX: 601/544-1421  PH:  601/544-0950; FAX: 601/450-5395
adelst33@aol.com                     www.rablaw.net
MS BAR NO.: 1153                     MS BAR NO.: 5596

ATTORNEY FOR DEFENDANTS              ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I, Michael Adelman, counsel for DEFENDANTS herein, do hereby certify that I have this day electronically filed with the Clerk of the Court using the ECF system, a true and correct copy of the above and foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE**, which sent notification of such filing to the following:

> Robin L. Roberts, Esq.
> Roberts and Associates
> Post Office Box 1953
> Hattiesburg, MS 39403-1953

This, the 21st day of May, A.D., 2018.

/s/MICHAEL ADELMAN, ESQ.


MICHAEL ADELMAN, ESQUIRE
ADELMAN & STEEN, L.L.P.
POST OFFICE BOX 368
HATTIESBURG, MS 39403-0368
PH: (601) 544-8291; FAX: (601) 544-1421
MS BAR NO.: 1153

COUNSEL FOR DEFENDANTS,
    PICAYUNE TIRE & SERVICE, LLC and
    VERNON CULPEPPER